Kitchen et al., Appellants, *v.* Wilkinsburg
School District.
Hansen et al., Appellants, *v.* Wilkinsburg
School District.

Argued March 12, 1973.   Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

634

*Leonard A. Costa, Jr.,* with him *Robert Rade Stone,* for appellants.

*Arthur G. Stein,* with him *Arthur R. Gorr,* and *Stein & Winters,* for appellees.

OPINION PER CURIAM, July 2, 1973:

Orders granting appellees' preliminary objections are reversed on the basis of our decision in *Ayala v. Phila. Bd. of Public Education,* 453 Pa. 584, 305 A. 2d 877 (1973), argued at the same time as the instant case. Cases remanded to Court of Common Pleas, Civil Division, of Allegheny County for further proceedings consistent with that opinion.

Mr. Chief Justice JONES, Mr. Justice EAGEN and Mr. Justice O'BRIEN dissent.